NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JEANELL M. BROWN,**
*Petitioner,*

**v.**

**DEPARTMENT OF DEFENSE,**
*Respondent.*

2009-3176

Petition for review of the Merit Systems Protection Board in CH0752080415-I-1.

**ON MOTION**

**ORDER**

Upon consideration of Jeanell M. Brown's motion to voluntarily withdraw her petition for review,

IT IS ORDERED THAT:

(1) The motion is granted. The petition is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**JUL 1 6 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Julie M. Wilson, Esq.
Allison Kidd-Miller, Esq.

s21

Issued As A Mandate: **JUL 1 6 2010**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 6 2010

JAN HORBALY
CLERK